

U. S. Department of Justice

*United States Attorney*
*Eastern District of North Carolina*

*U.S. Attorney's Office*　　　　　　　　　　*Telephone (919) 856-4530*
*150 Fayetteville Street*　　　　　　　　　　*Criminal FAX (919) 856-4487*
*Suite 2100*　　　　　　　　　　　　　　　　*Civil FAX (919) 856-4821*
*Raleigh, NC 27601*　　　　　　　　　　　　*www.usdoj.gov/usao/nce*

DATE:　　　October 13, 2021

TO:　　　　Clerk's Office
　　　　　　United States District Court
　　　　　　Eastern District of North Carolina
　　　　　　Raleigh, North Carolina

REPLY TO: G. NORMAN ACKER, III
　　　　　　Acting United States Attorney

ATTN OF:　Caroline L. Webb
　　　　　　Assistant United States Attorney

SUBJECT:　US v. Robert Lee Anderson, et al
　　　　　　No. 5:21-CR-383-1 – WESTERN DIVISION
　　　　　　No. 5:21-CR-383-2 – WESTERN DIVISION
　　　　　　No. 5:21-CR-383-3 – WESTERN DIVISION

　　　　Please issue warrants for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Probation Office.

　　　　Detention is recommended, and the warrants should be returnable before the U.S. Magistrate Judge.

EAO: as

cc:　US Marshal Service
　　　US Probation Office